# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Robin J. Magee
Oats & Marino
100 E. Vermilion St., Ste 400
Lafayette LA 70501

Todd M. Swartzendruber
Oats and Marino, APLC
100 E. Vermilion St., Ste 400
Lafayette LA 70501

**REHEARING ACTION: March 7, 2018**

**Docket Number: 17   00349-CA**

**KOREY BOSSIER**
**VERSUS**
**MARK GARBER, ET AL.**

**Appealed from Lafayette Parish Case No. C-2016-4510**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sheriff Mark Garber, Rob Reardon and Berkley Insurance**

**Company** has this day been

    **DENIED.**

cc: Blaine James Barrilleaux, Counsel for the Appellant
    David F. Rutledge, Counsel for the Appellant